1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RESCARE INC., et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-00095-JLT-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULE<br><br>(ECF No. 20) |

　　　　On January 27, 2022, the parties filed a stipulated request to modify the schedule in this action. (ECF No. 20). Specifically, the parties request to extend the non-expert discovery cutoff of January 28, 2022, to May 31, 2022, stating that they have a mediation scheduled to take place on February 6, 2022, and have withheld discovery thus far "in order to save costs."  Good cause appearing, the Court will grant the stipulated request.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that the stipulated request (ECF No. 20) is granted and the schedule (ECF No. 14) is modified as follows:

| *Case Management Event:* | *Current Deadline:* | *New Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off | January 28, 2022 | May 31, 2022 |
| Expert Disclosures | February 28, 2022 | June 30, 2022 |
| Rebuttal Expert Disclosures | March 28, 2022 | July 29, 2022 |
| Expert Discovery Cut-Off | April 28, 2022 | August 30, 2022 |
| Dispositive Motion Filing Deadline | June 13, 2022 | October 14, 2022 |
| Pretrial Conference | October 12, 2022 | February 10, 2023, at 1:30 p.m. Courtroom 4, before District Court Judge Jennifer L. Thurston |
| Trial | Not set | Not set |

IT IS SO ORDERED.

Dated: **January 28, 2022**         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE