UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DIAZ,<br><br>            Plaintiff,<br><br>      v.<br><br>RESCARE INC., et al.,<br><br>            Defendants. | No.  1:21-cv-00095-JLT-EPG<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>(ECF No. 21) |

On January 21, 2021, Defendants removed this wrongful termination action from state court. (ECF No. 1). The October 14, 2022 dispositive-motion-filing deadline has expired without any party filing a dispositive motion. (ECF Nos. 20, 21). The next proceeding in this case is the February 10, 2023 pretrial conference before the assigned District Judge, with a joint pretrial statement being due as required by Local Rule 281, which requires a joint statement to be filed "[n]ot less than seven (7) days before the date set by the Court for the holding of the final pretrial conference." LR 281(a)(2). (*See* ECF No. 19).

\\\

\\\

\\\

\\\

1

Given these circumstances, IT IS ORDERED as follows:

1. A telephonic status conference is set for November 17, 2022 at 10:30 a.m. before the undersigned. To participate, each party shall dial 1-(888) 251-2909 and enter access code 1024453

2. The dates/deadlines in the scheduling order remain as previously set, including the February 10, 2023 pretrial conference and accompanying requirement under LR 281 for the parties to file a joint pretrial statement. (ECF Nos. 14, 19, 21).

IT IS SO ORDERED.

Dated: __**October 18, 2022**__         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2