UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RESCARE INC., et al.,<br><br>    Defendants. | No. 1:21-cv-00095-JLT-EPG<br><br>ORDER REQUIRING DISPOSITIONAL DOCUMENT OR STATUS REPORT<br><br>(ECF No. 28) |

On January 21, 2021, Defendants removed this wrongful termination action from state court. (ECF No. 1). Thereafter, the parties reached a global settlement concerning this case and two others. On May 15, 2023, the Court granted a stay of the proceedings and directed the parties to file a dispositional document, or status report regarding settlement, by no later than November 17, 2023. (ECF No. 27). Now before the Court is the parties' joint status report, which states as follows:

> This is one of three separate lawsuits Plaintiff has pending against defendants. The parties previously mediated their disputes on a global basis related to one of Plaintiff's other pending cases and settlement was reached. A hearing for final approval of the class action settlements in case No. CGC-20-582448 is set for hearing on January 4. 2024.

(ECF No. 28, p. 2).

1

In light of the parties' joint status report, IT IS ORDERED as follows:

1. This case remains stayed.
2. The parties shall file an appropriate dispositional document by no later than March 29, 2024.
3. Alternatively, if the parties are unable to file an appropriate dispositional document, they shall file a status report by no later than March 29, 2024, updating the Court on the status of the settlement and providing a specific date by which they anticipate filing a dispositional document.

IT IS SO ORDERED.

Dated:    **November 20, 2023**                    /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2